UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

PABLO CANO ALVAREZ

Petitioner,

v.

KRISTI NOEM ET AL.

Respondents.

Case No. 2:26-cv-00273

JUDGE EDWARDS

MAGISTRATE JUDGE AYO

## ORDER

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above described action with prejudice.

THUS DONE on this, the 26th day of May, 2026.

_____
U.S. DISTRICT COURT JUDGE